NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PETER BROWNSTEIN,**
*Plaintiff-Appellant,*

v.

**TINA LINDSAY AND ETHNIC TECHNOLOGIES, LLC,**
*Defendants-Appellees.*

---

2012-1278

---

Appeal from the United States District Court for the District of New Jersey in case no. 10-CV-1581, Judge Joel A. Pisano.

---

## ON MOTION

---

## ORDER

The court considers whether this appeal should be transferred to the United States Court of Appeals for the Third Circuit.

Peter Brownstein appeals from a decision of the United States District Court for the District of New Jersey dismissing his complaint, arising from claims of copyright infringement. This court is a court of limited

jurisdiction.  28 U.S.C. § 1295.  Based only upon our review, it does not appear that the district court's jurisdiction arose in whole or in part under the laws governing this court's appellate jurisdiction.

Accordingly,

IT IS ORDERED THAT:

Absent a response received by this court within 14 days of the date of filing of this order, this appeal will be transferred to the United States Court of Appeals for Third Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

MAR 3 0 2012
_____                     /s/ Jan Horbaly
Date                                Jan Horbaly
                                    Clerk

cc:  Jay R. McDaniel, Esq.
     Thomas Smith Howard, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 3 0 2012

JAN HORBALY
CLERK